UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

MICHAEL DOBSON,

        Plaintiff,

  v.

UNUM PROVIDENT LIFE COMPANY,
AUTO ZONE, INC.,

        Defendant.

1:08-cv-01876 OWW DLB

ORDER DISMISSING ACTION
FOR LACK OF PROSECUTION

    It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

    IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

**Dated:  April 22, 2009**        **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE